IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| POOL SPECIALISTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. No. 5:24-cv-244-FL |
| | ) | |
| RYOBI, LTD.; RYOBI | ) | |
| TECHNOLOGIES, INC.; | ) | |
| RYOBI HOLDINGS (USA), INC.; | ) | |
| ONE WORLD TECHNOLOGIES, INC.; | ) | |
| TECHTRONIC INDUSTRIES | ) | |
| COMPANY LIMITED; | ) | |
| TECHTRONIC INDUSTRIES | ) | |
| NORTH AMERICA, INC.; | ) | |
| TTI CONSUMER POWER TOOLS, | ) | |
| INC.; HOME DEPOT U.S.A., INC.; | ) | |
| THE HOME DEPOT, INC.; and | ) | |
| HOME DEPOT MANAGEMENT | ) | |
| COMPANY, LLC | ) | |
| | ) | |
| Defendants. | ) | |

**CONSENT ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO
DEFENDANT TECHTRONIC INDUSTRIES CO. LTD. *ONLY***

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Pool Specialists, Inc., and Defendant Techtronic Industries Co. Ltd. ("TTI-HK") hereby stipulate and agree, and the Court Orders as follows:

1.      The subject action arises out of a fire that occurred on or about August 29, 2022. Plaintiff alleges that the fire was caused by a Ryobi-brand lithium-ion leaf blower, battery pack, and/or battery charger.

2.      Plaintiff's Complaint asserts claims against various defendants, including TTI-HK. On August 5, 2024, TTI-HK filed a Motion to Dismiss for lack of personal jurisdiction. (Doc. 21-22).

#12541356v1

3.      TTI-HK attached the Declaration of Mr. Chan Chi Chung—the Chief Financial Officer for TTI-HK—to the Motion to Dismiss for lack of personal jurisdiction.  Mr. Chung's Declaration is attached hereto as **Exhibit A.**

4.      TTI-HK also attached the Declaration of Mr. John Paul DeMonico Jr.—the Treasurer for Defendant TTI Consumer Power Tools, Inc.—to the Motion to Dismiss for lack of personal jurisdiction. Mr. DeMonico's Declaration is attached hereto as **Exhibit B.**

5.      Based on the Declarations of Mr. Chung and Mr. DeMonico, the Parties agree, and the Court finds and concludes, that dismissal of Defendant TTI-HK without prejudice is appropriate.

6.      All other Defendants consent to the dismissal of Defendant TTI-HK without prejudice.

7.      No other Defendants in this case are dismissed by this Order, and the case shall proceed against all remaining Defendants in the case.

8.      Nothing in this Order shall be construed to constitute a notice of dismissal without prejudice by the Plaintiff for the purposes of Rule 41(a)(1) of the Federal Rules of Civil Procedure.

This the _____ day of September 2024.

_____
LOUISE W. FLANAGAN
U.S. District Court Judge

2

WE CONSENT:

/s/Douglas b. Abrams                    September 3, 2024
Douglas B. Abrams, Esq.                 DATE
ABRAMS & ABRAMS, P.A.
1526 Glenwood Avenue
Raleigh, North Carolina 27608
(919) 755-9166
dabrams@abramslawfirm.com

*Attorney for Plaintiff*


/s/Kirk G. Warner                       September 3, 2024
Kirk G. Warner                          DATE
N.C. State Bar No. 16238
SMITH ANDERSON
150 Fayetteville Street, Suite 2300
Raleigh, North Carolina 27601
(919) 821-1220
kwarner@smithlaw.com

*Attorney for Defendant Techtronic
Industries Co. Ltd.*